**No. 57371.**—Charmeur Products, Inc., and Alltransport, Inc. *v.* United States, protest 198885–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of ichthyolsulfonate d'ammonium the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.

**No. 57372.**—The American Import Co. *v.* United States, protest 192758–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 57373.**—Walter Hart, Inc. *v.* United States, protest 191114–K (Philadelphia).

Opinion by OLIVER, C. J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57374.**—F. S. Parkhurst & Co. *v.* United States, protest 191121–K (Philadelphia).

Opinion by OLIVER, C. J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57375.**—Allen Forwarding Company *v.* United States, protest 191133–K (Philadelphia).

Opinion by OLIVER, C. J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.